IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GREGORY A. RICHARDSON,

    Plaintiff,

v.                                        Civil Action No. 3:08CV743

COMMONWEALTH OF VIRGINIA, et al.,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on July 12, 2011, the Court directed Richardson to submit a "motion for leave to file and certificate of compliance." On July 28, 2011, the July 12, 2011 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD." Richardson's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Richardson.

It is so ORDERED.

                                    /s/ REP
                                Robert E. Payne
                                Senior United States District Judge

Date: August 9, 2011
Richmond, Virginia